IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA AND        )
LAZENIA LINEBERGER, REVENUE         )
OFFICER OF THE INTERNAL REVENUE     )
SERVICE,                            )
                                    )
          Plaintiffs,               )
                                    )    CIVIL ACTION NO. 10-0200
     v.                             )
                                    )    CHIEF JUDGE LANCASTER
PATRICK LALONDE,                    )
                                    )    ELECTRONICALLY FILED
          Defendant.                )

## ORDER

AND NOW, this ____ day of April, 2010, after the United

States of America first served a summons for documents concerning

the assets and liabilities of Patrick LaLonde on April 24, 2009,

then filed a Complaint in this Court to Enforce the Internal

Revenue Summons issued to Patrick LaLonde regarding an

investigation by Revenue Officer Lazenia Lineberger into the

collectibility of the income tax liability of Patrick LaLonde for

the tax years ending December 31, 2001; December 31, 2003; and

December 31, 2004, and based upon the testimony and documentary

evidence produced by the United States of America at the April 5,

2010 Show Cause Hearing to determine whether or not Mr. LaLonde

should not be compelled to obey the Internal Revenue Service

summons served in April 2009, this Court finds that the United

States of America has met its burden in the issuance of the

summons, that the Internal Revenue Service is conducting an

investigation for a legitimate purpose, that the summoned

documents may be relevant to the purpose of the investigation,
that the documents and information contained therein is not in
the possession of the Internal Revenue Service, that the IRS
properly followed all administrative steps required under the
laws of the United States of America, and that enforcement of the
summons is not an abuse of this Court's powers, and thus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Patrick
LaLonde appear at the offices of the Internal Revenue Service,
William S. Moorhead Federal Building, 1000 Liberty Avenue, Suite
701, Pittsburgh, Pennsylvania 15222 (Telephone Number:  412-395-
5498) on **May 6, 2010, at 1:00 p.m.**, and bring any and all
documents as detailed in the April 23, 2009 summons of Revenue
Officer Andrew Avon, including but not limited to a Collection
Information Statement.  It is further ordered that this Order be
served upon Patrick LaLonde within ten (10) days of the date of
this Order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED  that the Clerk
of Court shall mark the instant case closed.

CHIEF UNITED STATES DISTRICT JUDGE

cc:  All counsel