IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA AND          )
LAZENIA LINEBERGER, REVENUE           )
OFFICER OF THE INTERNAL REVENUE       )
SERVICE,                              )
                                      )
              Plaintiffs,             )
                                      )    CIVIL ACTION NO. 10-0200
       v.                             )
                                      )    CHIEF JUDGE LANCASTER
PATRICK LALONDE,                      )
                                      )    ELECTRONICALLY FILED
              Defendant.              )

## O R D E R

AND NOW, this 13th day of _____Sept_____, 2010,

after review of the Stipulation of Dismissal Without Prejudice

filed by the United States which related that Defendant Patrick

LaLonde filed and signed all requested documents in accord with and

pursuant to a summons issued by Internal Revenue Service Revenue

Officer Lazenia Lineberger, it is hereby **ORDERED** that the

above-captioned case is dismissed without prejudice.   This case is

now **CLOSED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE

cc:  All Parties